IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| THE TRAVELERS INDEMNITY COMPANY OF AMERICA et al.<br><br>　　　Plaintiffs,<br><br>v.<br><br>REZA DAVACHI,<br><br>　　　Defendant. | Civil No. 15-578 |

**LOCAL RULE 103.3 DISCLOSURE OF CORPORATE INTEREST**

Pursuant to Local Rule 103.3, Plaintiffs make the following disclosure.

The Travelers Indemnity Company of America is 100% owned by The Phoenix Insurance Company, which is 100% owned by The Travelers Indemnity Company, which is 100% owned by Travelers Insurance Group Holdings, Inc., which is 100% owned by Travelers Property Casualty Corp., which is 100% owned by The Travelers Companies, Inc.  The Travelers Companies, Inc. is the only publicly held company in the corporate family.  No individual or corporation owns 10% or more of the stock of The Travelers Companies, Inc.

The Standard Fire Insurance Company is 100% owned by Travelers Insurance Group Holdings, Inc., which is 100% owned by Travelers Property Casualty Corp., which is 100% owned by The Travelers Companies, Inc.  The Travelers Companies, Inc. is the only publicly held company in the corporate family.  No individual or corporation owns 10% or more of the stock of The Travelers Companies, Inc.

15152/0/SK1941.DOCXv1

Plaintiffs are not aware of any other corporations, unincorporated associations, partnerships or other business entities, not a party to the case, which may have a financial interest in the outcome of this case.

                             Respectfully submitted:

                             /s/
                             Steven M. Klepper, Bar No. 26664
                             KRAMON & GRAHAM, P.A.
                             One South Street, Suite 2600
                             Baltimore, Maryland 21202-3201
                             (410) 752-6030
                             sklepper@kg-law.com

                             *Counsel for Plaintiffs*